IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ROBERT BENTZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:13-CV-573-NJR-DGW |
| PARTHASARATHI GHOSH, ROBERT STELFOX, SHANE LAIR, and RYAN SADLER, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Donald G. Wilkerson (Doc. 346), which recommends denying the Motion for Preliminary Injunction, Temporary Restraining Order, and Mandamus filed by Plaintiff David Bentz (Doc. 309).

This lawsuit stems from Bentz's allegations of deliberate indifference to his serious dental needs by personnel at Stateville, Pontiac, and Menard correctional centers (Doc. 1). On March 1, 2018, Bentz filed the instant motion, asking the Court to: (1) update its General Order No. 15:05; (2) grant him greater access to his legal materials; (3) order Menard not to require him to carry his correspondence box or other legal material to the legal exchange; and (4) order that legal mail to be delivered to him more quickly.

In his Report and Recommendation, Magistrate Judge Wilkerson concluded that the motion does not relate to the underlying lawsuit; thus, the Court lacks authority to order any of the requested relief (Doc. 346). Objections to the Report and Recommendation were due August 20, 2018. No objections were filed.

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999). Instead, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

While *de novo* review is not required here, the Court has reviewed Magistrate Judge Wilkerson's Report and Recommendation for clear error. Following this review, the Court agrees with his findings, analysis, and conclusions. Accordingly, the Court **ADOPTS** Magistrate Judge Wilkerson's Report and Recommendation (Doc. 346) and **DENIES** the Motion for Preliminary Injunction, Temporary Restraining Order, and Mandamus filed by Plaintiff David Bentz (Doc. 309). Additionally, Bentz is **WARNED** to refrain from wasting limited judicial resources on a grand scale by filing duplicative motions of this nature, unless he seeks relief specifically tied to the case.

    **IT IS SO ORDERED.**

    DATED:   August 27, 2018

                                                      _____
                                                     **NANCY J. ROSENSTENGEL**
                                                     **United States District Judge**